FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 20, 2019

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ANTHONY WEITZ,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>BNSF RAILWAY COMPANY, a corporation,<br><br>　　　　　　Defendant. | NO: 2:17-CV-65-RMP<br><br>ORDER OF DISMISSAL WITH PREJUDICE |
| BNSF RAILWAY COMPANY, a corporation,<br><br>　　　　　　Third Party Plaintiff,<br><br>　v.<br><br>NORDCO, INC.; and NORDCO RAIL SERVICES, LLC.,<br><br>　　　　　　Third Party Defendant. | |

BEFORE THE COURT is the parties' Stipulated Motion for Dismissal with Prejudice, ECF No. 36. Having reviewed the Motion and the record, the Court finds

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

good cause to grant dismissal as requested.  Accordingly, **IT IS HEREBY ORDERED**:

1. The parties' Stipulated Motion for Dismissal with Prejudice, **ECF No. 36**, is **GRANTED**.

2. All claims of any kind, including third-party claims, cross-claims, and counter claims are **dismissed with prejudice** and without attorneys fees, costs, or disbursement to any party.

3. All pending motions, if any, are **DENIED AS MOOT**.

4. All scheduled court hearings, if any, are **STRICKEN**.

**IT IS SO ORDERED**.  The District Court Clerk is directed to enter this Order, enter judgment of dismissal with prejudice, provide copies to counsel, and **close this case**.

**DATED** March 20, 2019.

                                          *s/ Rosanna Malouf Peterson*
                                          ROSANNA MALOUF PETERSON
                                          United States District Judge