# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

3/20/19

SEAN F. McAVOY, CLERK

ANTHONY WEITZ,
    Plaintiff,
  v.
BNSF RAILWAY COMPANY, a corporation,
    Defendant.
BNSF RAILWAY COMPNAY, a corporation,
    Third-Party Plaintiff,
  v.
NORDCO, INC.; and NORDCO RAIL SERVICES, LLC
    Third-Party Defendants

Civil Action No. 2:17-CV-00065-RMP

## JUDGMENT OF DISMISSAL

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: The parties' Stipulated Motion for Dismissal with Prejudice [ECF No. 36] is GRANTED pursuant to Rule 41. Judgment of dismissal is hereby entered.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Rosanna Malouf Peterson on a stipuluated motion for dismissal [ECF No. 36].

Date: March 20, 2019

*CLERK OF COURT*

SEAN F. McAVOY

s/ Courtney Piazza
*(By) Deputy Clerk*

Courtney Piazza